**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Clark-Lahey, Barbara | : | 02-CV-6362 |
| Cresentia, Tan | : | 02-CV-5463 |
| Dolores, Largent and James Largent | : | 02-CV-5245 |
| Ernst-Shouse, Carol | : | 02-CV-6219 |
| Jones-Maxwell, Vivian | : | 02-CV-5558 |
| Lacerte, Elphege and Mavis Lacerte | : | 02-CV-6458 |
| LaCour, Joseph | : | 02-CV-5397 |
| Lagasca, Felix | : | 02-CV-5396 |
| Lamascus, Virginia | : | 02-CV-5663 |
| Lambert, Virginia | : | 02-CV-6483 |
| Lampe, Donald and Nancy Lampe | : | 02-CV-5243 |
| Lancaster, Joan | : | 02-CV-6368 |
| Lane, Dora and Chester Lane | : | 02-CV-5800 |
| Lansburg, Arlyne | : | 02-CV-6232 |
| Lapham, Mary Ann | : | 02-CV-6259 |
| Lapointe, Joseph | : | 02-CV-6231 |
| Lara, Julieta and Louis S. Lara | : | 02-CV-5257 |
| Lari, Riffat | : | 02-CV-6241 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Larsen, Stanley | : | 02-CV-6230 |
| Lasley, Irma | : | 02-CV-6238 |
| Lassiter, Lena | : | 02-CV-6229 |
| Lathrop, Frances | : | 02-CV-6243 |
| Latimer, Ophelia | : | 02-CV-6240 |
| Laubert, Jon | : | 02-CV-6242 |
| Laurila, Kazuko and Donald Laurila | : | 02-CV-5288 |
| Lawrence, Betty and Joe Lawrence | : | 02-CV-5925 |
| Lawrence, Robert and Joyce Lawrence | : | 02-CV-5934 |
| Lawrence, Wanda and Dinzle Lawrence | : | 02-CV-5921 |
| Lay, Debbie | : | 02-CV-6239 |
| Le, Lan Kim and Tinh Thi Vo | : | 02-CV-5917 |
| LeBlanc, Jimmie and Jewel Leblanc | : | 02-CV-5918 |
| Lederman, Eva | : | 02-CV-6222 |
| Lee, George and Dulcie Lee | : | 02-CV-6477 |
| Lee, Georgia and Albert Lee | : | 02-CV-5905 |
| Lee, James | : | 02-CV-6245 |
| Lee, Olton and Betty Louise Lee | : | 02-CV-5667 |
| Lee, Vivian and Ronald Lee | : | 02-CV-5647 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Lee, Yong and Seyong Lee | : | 02-CV-5769 |
| Leeper, Roy and Jean C. Leeper | : | 02-CV-5772 |
| Lefever, Waynis | : | 02-CV-6255 |
| Leffingwell, Susan and Hiram Leffingwell | : | 02-CV-5481 |
| Leggs, Fannie | : | 02-CV-6262 |
| Lehman, Steve | : | 02-CV-6253 |
| Lemos, Hazel | : | 02-CV-6228 |
| Leonard, Earl and Sharon Leonard | : | 02-CV-6422 |
| Leone, Francine | : | 02-CV-6227 |
| Lerner, Frank | : | 02-CV-6258 |
| Leveski, Charles | : | 02-CV-6233 |
| Levine, Carl and Susana Levine | : | 02-CV-5475 |
| Levy, Harold | : | 02-CV-5268 |
| Lewis, Avanaugh | : | 02-CV-5270 |
| Lewis, Brian | : | 02-CV-5258 |
| Lewis, Delma and Harold Lewis | : | 02-CV-5474 |
| Lewis, Lucille and Joe Lewis | : | 02-CV-5480 |
| Liao, Kong-Siong | : | 02-CV-5274 |
| Limbird, Frances | : | 02-CV-5272 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Littell, Violet | : | 02-CV-5275 |
| Little, Howard and Donna Little | : | 02-CV-6446 |
| Little, Mary | : | 02-CV-5797 |
| Mauldin, Leanne | : | 02-CV-6292 |
| Maxwell, Charlene | : | 02-CV-5661 |
| Mayer, Beverly | : | 02-CV-5652 |
| Mazich, Stanka and Svetko Mazich | : | 02-CV-6445 |
| McAuliffe, Anthony | : | 02-CV-6507 |
| McCall, Bessie and Leholmes McCall | : | 02-CV-6303 |
| McCane, Kimberly | : | 02-CV-5400 |
| McCants, Donald and Julie Jo McCants | : | 02-CV-6326 |
| McCarthy, Norma | : | 02-CV-5382 |
| McClain, Elizabeth | : | 02-CV-5384 |
| McClain, Ronnie | : | 02-CV-5656 |
| McCray, Beatrice | : | 02-CV-5649 |
| McCue, James | : | 02-CV-5654 |
| McGee, Mary | : | 02-CV-5381 |
| McGinnis, Vivian | : | 02-CV-5647 |
| McGreevy, Gertrude | : | 02-CV-5394 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| McIntyre, Mary and Bruce Hugh McIntyre | : | 02-CV-6304 |
| McKee, Gary | : | 02-CV-5401 |
| McKeithen, Frankie | : | 02-CV-5664 |
| McKenna, Wilhemina and Walter McKenna | : | 02-CV-6355 |
| McKenzie, Sally and George McKenzie | : | 02-CV-5262 |
| McMullen Sam | : | 02-CV-5868 |
| McVeigh, Marjorie | : | 02-CV-5405 |
| Meadows, Stephanie and Clarence Meadows | : | 02-CV-5263 |
| Meegan, Leona | : | 02-CV-5801 |
| Meffert, Henry and Margaret Meffert | : | 02-CV-5265 |
| Mehdizadeh, Monireh | : | 02-CV-5866 |
| Mejia, Paulino and Juliet Mejia | : | 02-CV-5810 |
| Melnikovski, Arkadi | : | 02-CV-5803 |
| Melton, Jerrell and Marjorie Melton | : | 02-CV-5267 |
| Melton, Nadine | : | 02-CV-5802 |
| Mendez, Dorothy and John J. Mendez | : | 02-CV-5256 |
| Mendlen, William | : | 02-CV-5871 |
| Mendonca, Richard and Yvonne Mendonca | : | 02-CV-5897 |
| Mendoza, Nolan | : | 02-CV-6493 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Mercado, Rodolfo and Judith Mercado | : | 02-CV-5915 |
| Merritt, Bernice and Lucian Merritt | : | 02-CV-6115 |
| Merriweather, Jessie and Lorraine Merriweather | : | 02-CV-5902 |
| Meyer, Beth and Michael Meyer | : | 02-CV-5920 |
| Mianboabi, Abraham | : | 02-CV-5870 |
| Miel, Estelia and Mario Miel | : | 02-CV-6413 |
| Mihalopoulos, Nick | : | 02-CV-5833 |
| Miller, Allen | : | 02-CV-6530 |
| Miller, Dallas and Dorotha Miller | : | 02-CV-5880 |
| Miller, George and Wilma June Miller | : | 02-CV-5930 |
| Miller, Jack | : | 02-CV-5877 |
| Peloso, Barbara | : | 02-CV-5669 |
| Pena, Jose | : | 02-CV-5674 |
| Pena, Marcos and Teresa Pena | : | 02-CV-5512 |
| Pena, Maria and Silvestre Pena | : | 02-CV-5551 |
| Penick, James and Peggy Penick | : | 02-CV-5521 |
| Pentimone, Dominic and Joan Pentimone | : | 02-CV-5565 |
| Pentimone, Joan and Dominic Pentimone | : | 02-CV-5632 |
| Peralta, Estrella and Ernesto Peralta | : | 02-CV-5628 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Perez, Josephine and Frank Perez | : | 02-CV-5708 |
| Perez, Sara and Luis Perez | : | 02-CV-5563 |
| Perez, William and Mary Perez | : | 02-CV-5554 |
| Periera, Mary and Eddie Periera | : | 02-CV-6411 |
| Perkins, Bob and Carrie Perkins | : | 02-CV-5523 |
| Perkins, Wanda | : | 02-CV-5670 |
| Perlman, Terry | : | 02-CV-5725 |
| Perry, Nellie and Elbert Perry | : | 02-CV-5522 |
| Petersen, Muriel and Donald Petersen | : | 02-CV-6384 |
| Peterson, Chris and Josephine Peterson | : | 02-CV-6376 |
| Petralia, Russell and Mary Petralia | : | 02-CV-5552 |
| Petrov, Orlin | : | 02-CV-5727 |
| Phelps, Elizabeth and Charles W. Phelps | : | 02-CV-5566 |
| Phillips, Deborah and Paul A. Phillips, Jr. | : | 02-CV-5568 |
| Pianka, Wilma | : | 02-CV-5738 |
| Piedra, Gloria | : | 02-CV-5492 |
| Ribarik, Frank and Sadao Ribarik | : | 02-CV-6535 |
| Richard, Georgie | : | 02-CV-5525 |
| Rivera, Robert | : | 02-CV-5468 |

| PLAINTIFF | CIVIL ACTION NO. |
|---|---|
| Rizza, Evelyn and Salvo Rizza | 02-CV-6107 |
| Rizzoli, Marion and Ethel Rizzoli | 02-CV-5824 |
| Robella, Palma and Robert L. Robella | 02-CV-6154 |
| Roberts, Marvin and Teresa Roberts | 02-CV-5819 |
| Roberts, Odessa | 02-CV-6459 |
| Roberts, William and Loretta Roberts | 02-CV-5822 |
| Robinson, Lerlean | 02-CV-5861 |
| Robles, Crispin and Florita Robles | 02-CV-6116 |
| Rock, Effie | 02-CV-5469 |
| Rodis, Angelita and Felimi Rodis | 02-CV-6152 |
| Rodney, Sr., Eldon and Heioak Rodney | 02-CV-6348 |
| Rodriguez, Cairo and Maria S. Lopez | 02-CV-6165 |
| Rodriguez, Eduardo and Lourdes Rodriguez | 02-CV-6104 |
| Rodriguez, John and Wanda Rodriguez | 02-CV-6125 |
| Rodriguez, Julian and Esther Rodriguez | 02-CV-5838 |
| Rodriguez, Rafael and Nancy Rodriguez | 02-CV-5830 |
| Rogaly, Marion | 02-CV-6529 |
| Rogers, Lydia and Seymour Rogers | 02-CV-5831 |
| Rolen, Patricia and John Rolen | 02-CV-5842 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Roley, William | : | 02-CV-5500 |
| Roller, Tiby | : | 02-CV-5465 |
| Romero, Federico and Juliet Romero | : | 02-CV-6174 |
| Romo, Paul and Hortencia Romo | : | 02-CV-6098 |
| Ronberg, Jo Ann and Paul A. Ronberg | : | 02-CV-6100 |
| Ronnaw, Irene and Lawrence Ronnaw | : | 02-CV-6283 |
| Rosdhal, Era | : | 02-CV-6537 |
| Rosen, Morris and Matilda Rosen | : | 02-CV-6327 |
| Ross, Charles | : | 02-CV-5466 |
| Ross, Willis Sr. and Lorene Ross | : | 02-CV-6359 |
| Rossell, William and Anita Rossell | : | 02-CV-6105 |
| Rossi, Theresa | : | 02-CV-5439 |
| Rosso, Ljubikza and Rablo D. Rosso | : | 02-CV-6133 |
| Rota, Michael and Arlene Rota | : | 02-CV-5828 |
| Rotter, Irene | : | 02-CV-5744 |
| Royer, George and Ruth Royer | : | 02-CV-6416 |
| Rucker, Genevieve and Ralph Rucker | : | 02-CV-5835 |
| Rueda, Guadalupe and Mario Rueda | : | 02-CV-5860 |
| Ruffato, Robert and Virginia Ruffato | : | 02-CV-5763 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Rufino, Jaramilla and Gorazon Rufino | : | 02-CV-5751 |
| Ruszala, Donald and Marilyn Ruszala | : | 02-CV-5734 |
| Ruszala, Marilyn and Donald Ruszala (2 of 2) | : | 02-CV-5764 |
| Ryan, Laura | : | 02-CV-5438 |
| Sabga, Tony and Jeanne Sabga | : | 02-CV-6353 |
| Sabourin, Alderic and Dulcina Sabourin | : | 02-CV-5399 |
| Saguanpong, Surapol and Gloria Saguanpong | : | 02-CV-5666 |
| Salas, Robert and Veronica Salas | : | 02-CV-5707 |
| Salcedo, Dolores and Percy Salcedo | : | 02-CV-6365 |
| Schreidman, Dan and Roberta Sue Schreidman | : | 02-CV-6319 |
| Schumacher, Anna and James Schumacher | : | 02-CV-6338 |
| Schwartz, Dorothy | : | 02-CV-5464 |
| Scime, Mildred and Anthony Scime | : | 02-CV-6360 |
| Scolaro, Frank and Rosemary Scolaro | : | 02-CV-6318 |
| Scott, Harry and Patricia Scott | : | 02-CV-6380 |
| Scott, Sue and Edmund Scott | : | 02-CV-6310 |
| Secor, Nelson | : | 02-CV-6309 |
| Segota, Mladenka | : | 02-CV-5983 |
| Seibert, Avon | : | 02-CV-5423 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Seidner, David and Sidelle Seidner | : | 02-CV-6350 |
| Sembillo, Pablito and Avelina Sembillo | : | 02-CV-6313 |
| Severini, Anthony and Marilyn Severini | : | 02-CV-6288 |
| Seymour, Doris | : | 02-CV-5422 |
| Seymour, Ralph and Rosemary Seymour | : | 02-CV-6402 |
| Shadburn, John and Willa Shadburn | : | 02-CV-6282 |
| Shah, Kiran and Pranati Shah | : | 02-CV-6293 |
| Shaia, Frank and Vicky Shaia | : | 02-CV-6340 |
| Sharp, Larry | : | 02-CV-5449 |
| Sharpe, Dave | : | 02-CV-5743 |
| Shaw, Edward and Mary Shaw | : | 02-CV-6287 |
| Shaw, Jesse | : | 02-CV-5389 |
| Shea, Barbara | : | 02-CV-5417 |
| Shearer, Harold | : | 02-CV-6544 |
| Shelke, David | : | 02-CV-5421 |
| Sheppard, Merton | : | 02-CV-5530 |
| Sheppard, Roy | : | 02-CV-5527 |
| Sheridon, Philip | : | 02-CV-5419 |
| Sherman, Virgil | : | 02-CV-5668 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Shinn, Clay and Delphine Shinn | : | 02-CV-6323 |
| Short, Willie | : | 02-CV-5392 |
| Silverblatt, Gary | : | 02-CV-5535 |
| Simeon, Eduardo | : | 02-CV-5534 |
| Simmons, Myrtle | : | 02-CV-6295 |
| Simon, Ada | : | 02-CV-5428 |
| Singh, Pritam | : | 02-CV-6296 |
| Singleton, Ed and Diana Singleton | : | 02-CV-6324 |
| Sipes, Shirley and Gerald Sipes | : | 02-CV-6284 |
| Siqueiros, Eva and Robert Siqueiros | : | 02-CV-6320 |
| Skrla, Helen and Clint Skrla | : | 02-CV-6331 |
| Slaughter, Linda | : | 02-CV-5420 |
| Slinker, Melva | : | 02-CV-5429 |
| Small, Susan and James Small | : | 02-CV-6332 |
| Smith, Barbara | : | 02-CV-6450 |
| Smith, George and Gloria Smith | : | 02-CV-6316 |
| Smith, Irene | : | 02-CV-5555 |
| Smith, Jessie | : | 02-CV-5767 |
| Smith, Kenneth | : | 02-CV-5520 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Smith, Mildred | : | 02-CV-5427 |
| Smith, Patricia and Dale Smith | : | 02-CV-6312 |
| Smith, Vernon and Norma Smith | : | 02-CV-6337 |
| Smithson, Dorothy | : | 02-CV-5557 |
| Smolka, John | : | 02-CV-5536 |
| Snider, Robert | : | 02-CV-5493 |
| Snowhite, Beatrice | : | 02-CV-5770 |
| Snyder, Tamar and Jerry Snyder | : | 02-CV-6336 |
| Soldano, Clara | : | 02-CV-5483 |
| Solis, Alice and David Solis | : | 02-CV-6285 |
| Solis, Carlos and Rosita Solis | : | 02-CV-6302 |
| Sproule, Norma and Donald Sproule | : | 02-CV-6301 |
| St. John, Robert | : | 02-CV-5547 |
| Staling, John and Gonzella Staling | : | 02-CV-6300 |
| Stearns, Fayette and Robert J. Stearns | : | 02-CV-6281 |
| Stein, Bernard and Lanora Stein | : | 02-CV-6279 |
| Stepp, Charles and Carolyn Stepp | : | 02-CV-6290 |
| Stevenson, David and Julianne Stevenson | : | 02-CV-6280 |
| Steward, Mary | : | 02-CV-5404 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Szafir, Marie and Michael Szafir | : | 02-CV-6127 |
| Tabet, Peter and Edyth Tabet | : | 02-CV-6117 |
| Tackett, Jimmie and Diane Tackett | : | 02-CV-6145 |
| Tadayon, Mohamad and Marjan Tadayon | : | 02-CV-6164 |
| Takacs, Bertalan | : | 02-CV-5462 |
| Takikawa, Harvey | : | 02-CV-5377 |
| Tam, Jonathan and Selina Tam | : | 02-CV-6146 |
| Tangherlini, John and Anna Tangherlini | : | 02-CV-6156 |
| Tanner, Hugh Sr. and Myra W. Tanner | : | 02-CV-6128 |
| Tannous, Milan and Samar Tanous | : | 02-CV-6113 |
| Tapang, Doroteo and Suzette L. Tapang | : | 02-CV-6108 |
| Tapia, Edwin | : | 02-CV-5413 |
| Tarpenning, Alex | : | 02-CV-5376 |
| Tatilian, Rose | : | 02-CV-5375 |
| Tatoy, Loretta | : | 02-CV-5398 |
| Taulbee, Charles and Georgia Taulbee | : | 02-CV-5863 |
| Tausch, Elvira and Harold Tausch | : | 02-CV-6358 |
| Taylor, Donald and Beverly Taylor | : | 02-CV-6306 |
| Taylor, Robert | : | 02-CV-5543 |

| PLAINTIFF | CIVIL ACTION NO. |
|---|---|
| Taylor, Rogers | 02-CV-5235 |
| Teats, Sr., George and Bonnie Lee Teats | 02-CV-6178 |
| Tedeschi, Elizabeth and Alfred Tedeschi | 02-CV-6189 |
| Templet, Edmond and Beulah Templet | 02-CV-6182 |
| Teres, June | 02-CV-6019 |
| Terronez, Frank | 02-CV-6005 |
| Thibodeaux, Sylvia and Julien Thibodeaux | 02-CV-6191 |
| Thomas, Janet and Robert Thomas | 02-CV-6195 |
| Thomas, Ruby | 02-CV-5213 |
| Thompson, Elijah | 02-CV-6188 |
| Thompson, Nancy | 02-CV-5945 |
| Thompson, Shirley | 02-CV-6026 |
| Thompson, Terri | 02-CV-5214 |
| Thornton, Dorothy | 02-CV-5216 |
| Thornton, George | 02-CV-5218 |
| Thornton, Joane and Dan Thornton | 02-CV-6407 |
| Tilghman, Phyllis and James L. Tilghman | 02-CV-6194 |
| Tippitt, Barbara | 02-CV-5217 |
| Tipton, Eleanor and Harlan J. Tipton | 02-CV-6193 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Tipton, Gladys | : | 02-CV-6018 |
| Tisdel, Beverly | : | 02-CV-5221 |
| Vega, Denise and Tavo Vega | : | 02-CV-5188 |
| Vega, Tavo and Denise Vega | : | 02-CV-5179 |
| Vernon, Rosemary and Robert L. Vernon | : | 02-CV-5183 |
| Vikjord, Ron and Shirley Vikjord | : | 02-CV-6540 |
| Villa, Ricky and Lynnett Villa | : | 02-CV-5178 |
| Villegas, Rebecca and Richard Villegas | : | 02-CV-5182 |
| Vitale, Ralph and Inge Vitale | : | 02-CV-5212 |
| Vivar, Margaret | : | 02-CV-6033 |
| Von Iderstein, Nathan and Doris J. Von Iderstein | : | 02-CV-5209 |
| Vu, Hao and Yvonne Vu | : | 02-CV-5211 |
| Wade, Violet and David Wade | : | 02-CV-5361 |
| Wagoner, Michael and Lorna Wagoner | : | 02-CV-5174 |
| Wall, Mary | : | 02-CV-5201 |
| Wallace, Cathy and Billie Joe Wallace | : | 02-CV-5364 |
| Wallach, Howard and Delores Wallach | : | 02-CV-5154 |
| Wangpuchakane, Komain and Vora Wangpuchakane | : | 02-CV-5173 |
| Ward, Diana | : | 02-CV-6497 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Ward, Doris | : | 02-CV-5196 |
| Ward, George | : | 02-CV-6451 |
| Ward, Kirk and Carolyn Ward | : | 02-CV-5805 |
| Washington, Richard and Patricia Washington | : | 02-CV-5172 |
| Wasserman, Ruth and Sidney Wasserman | : | 02-CV-5354 |
| Waxman, Thelma and Howard Waxman | : | 02-CV-5953 |
| Weaver, Ronald and Wanda Weaver | : | 02-CV-5247 |
| Webster, Brian and Marjorie H. Webster | : | 02-CV-5289 |
| Weinberg, Gloria | : | 02-CV-5167 |
| Weltz, Alfred and Jody A. Weltz | : | 02-CV-5248 |
| White, John and Patricia C. White | : | 02-CV-5244 |

**STIPULATION TO EXTEND TIME**

The undersigned parties, through their respective counsel, hereby stipulate and agree that the time in which Defendant Bayer Corporation ("Bayer") may answer the Complaint is extended until December 6, 2002. Defendant Bayer agrees not to assert an insufficiency of process defense in its Answer.

This is the first extension of time granted to Defendant Bayer and does not exceed thirty (30) days.

| **WEITZ & LUXENBERG, P.C.** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
|---|---|
| By:_____ | By:_____ |
| Jerry Kristal, Esquire | Albert G. Bixler, Esquire |
| PA Bar I.D. No. 38332 | PA Bar I.D. No. 45639 |
| Franklin P. Solomon, Esquire | 1515 Market Street, Ninth Floor |
| PA Bar I.D. No. 74231 | Philadelphia, PA  19102 |
| 51 Haddonfield Road, Suite 160 | **(Attorney for Defendant** |
| Cherry Hill, NJ  08002 | **Bayer Corporation)** |
| **(Attorneys for Plaintiff)** | |
| Dated:_____ | Dated:_____ |

**APPROVED:**

_____
                              **J.**

M0377991.DOC